IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA            *

    vs.                                  * CR. 14-00055-CG-N

EDWIGE CAROLINE ANGONO-NDONGO *

    Defendant.                           *

ORDER

This matter came before the undersigned for a pretrial conference on January 13, 2015. Present at the conference were Assistant Federal Defender Peter Madden and Assistant United States Attorney Greg Bordenkircher. At the conference counsel for defendant made an oral motion to continue the trial of this matter from its current February setting, on the grounds, in sum, that additional time is needed to prepare the case for trial or other resolution. [1] AUSA Bordenkircher advised that while the United States did not join in the motion, it had no objection.

Upon consideration of the oral motion, and the argument of counsel during the pretrial conference, the undersigned concludes that the ends of justice served by continuing this action for **thirty (30) days** outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. §

---

[1] In May 2014, defendant entered a guilty plea before District Judge Callie Granade. Shortly thereafter defendant moved to withdraw her plea and for appointment of new counsel. (Docs. 16, 22) Peter Madden, Esq., was appointed on July 11, 2014 (doc. 24) and thereafter pursued defendant's request to withdraw her guilty plea. A hearing was held and on December 30, 2014 the court granted the motion and referred this matter to the undersigned to schedule a pretrial conference. (Doc. 39)

3161(h)(7)(A).  The undersigned concludes that continuing this action so that counsel can adequately prepare this case for trial or other resolution is reasonable. 18 U.S.C.A. §3161(h)(7)(A).  Accordingly, the motion for a continuance is GRANTED.

This case is hereby CONTINUED to the **March 2015** criminal term, with jury selection commencing on **March 2, 2015**.  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).  This continuance is contingent upon defendant and her respective counsel filing a Speedy Trial Waiver on or before **January 23, 2015**. [2]  The Clerk is DIRECTED to refer this case to Magistrate Judge William Cassady for the scheduling of a pretrial conference in **February 2015**.[3]

ORDERED this the 14th day of January 2015.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

---

[2] The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (3) with this understanding and knowledge, Defendant agrees to a continuance of this action to the **March 2015** trial term.

[3] The deadline for filing pretrial motions is reset to **February 6, 2015**.  Reciprocal discovery is due **January 27, 2015**.